**ORIGINAL**

FILED

09/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0187

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0187

FILED

SEP 1 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF
ABIGAIL J. ST. LAWRENCE,

An Attorney at Law,

Respondent.

O R D E R

On September 6, 2022, the Office of Disciplinary Counsel petitioned to move attorney Abigail J. St. Lawrence to disability/inactive status and defer any formal disciplinary proceedings so long as St. Lawrence remains on disability/inactive status. The Petition was filed under seal by leave of Court due to its content, which includes confidential medical information.

Our review of the Petition and the exhibits thereto have convinced us that it is appropriate to transfer St. Lawrence to disability/inactive status pursuant to Montana Rule of Lawyer Disciplinary Enforcement (MRLDE) 28, effective immediately.

We note that, pursuant to MRLDE 33, attorney Robert "Bob" Carlson has been appointed as Trustee to protect the interest of St. Lawrence's clients.

Therefore,

IT IS ORDERED that Abigail J. St. Lawrence is transferred to disability/inactive status in the Bar of the State of Montana, and any disciplinary proceedings are deferred while she is on disability/inactive status. Trustee Carlson is directed to provide notice of St. Lawrence's change in status to her clients and others as required by MRLDE 30, and to arrange for the delivery to St. Lawrence's clients of any papers or other property to which they are entitled.

IT IS FURTHER ORDERED that the Clerk of this Court shall serve a copy of this Order of Discipline upon St. Lawrence and Carlson personally.

The Clerk of this Court is further directed to provide copies of this Order to Disciplinary Counsel, the Office Administrator for the Commission on Practice, the Clerks of all the District Courts of the State of Montana, each District Court Judge in the State of Montana, the Clerk of the Federal District Court for the District of Montana, the Clerk of the Circuit Court of Appeals of the Ninth Circuit, and the Executive Director of the State Bar of Montana.

DATED this 13 day of September, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices